**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 11-7482M |
| Plaintiff, | ) | |
| vs. | ) | **DETENTION ORDER** |
| Amber Kay-Nichole Galvan | ) | |
| Defendant. | ) | |

On September 9, 2011, defendant Amber Kay-Nichole Galvan appeared before this Court on a petition to revoke conditions of release. The Court considered the information provided to the Court, and the arguments of counsel, in determining whether the defendant should be released on conditions set by the Court.

The Court finds that the Defendant violated pretrial release by using controlled substances on multiple occasions while pending charges on a serious controlled substance offense. The defendant has also failed to appear for required testing.

The Court further finds, by clear and convincing evidence, that the defendant has violated the conditions of release and that there is no condition or combination of conditions available to the Court. 18 U.S.C.§ 3148(b).

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings.

DATED this 12th day of September, 2011.

James F. Metcalf
United States Magistrate Judge